WILDE & ASSOCIATES  
Gregory L. Wilde, Esq.  
Nevada Bar No. 004417  
208 South Jones Boulevard  
Las Vegas, Nevada 89107  
Telephone: 702 258-8200  
bk@wildelaw.com  
Fax: 702 258-8787  

Electronically Filed on _____

Attorneys for BAC Home Loans Servicing, L.P.  
fka Countrywide Home Loans Servicing L.P.  
09-77478  

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-21090 BAM |
| JOSE ROBERTO MARTINEZ | Date: January 7, 2010<br>Time: 1:30 p.m. |
| Debtor. | Chapter 13 |

### SUPPLEMENTAL OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing L.P. (Hereinafter "Secured Creditor") and files this Supplemental Objection to Confirmation of Chapter 13 Plan stating as follows:

Secured Creditor is the first deed of trust holder on 337 Oakford Street, Las Vegas, Nevada, 89110 (hereinafter "subject property"), and is owed over $184,000.00. The Debtor has filed a motion to value to reduce Secured Creditor's lien to $95,041.00. Secured Creditor has filed an opposition to Debtor's motion to value – said opposition is incorporated herein by reference. The Debtor's plan should not be confirmed until after the Court reaches a decision on the motion to value.

Moreover, Secured Creditor asserts that this Court should not confirm the proposed plan because 1) there is a complete lack of disclosure by the Debtor as detailed below, and 2) it is not feasible.

A. **Lack of Disclosure**

Secured Creditor's opposition to Debtor's motion to value demonstrates that there are too many unanswered questions in the Debtor's attempt to treat the subject property as a rental and strip a large portion of Secured Creditor's interest in the same. The Debtor does not disclose the information necessary to answer these questions and fails to prove he is being truthful with the Court. Until the Debtor can come before this Court with more information, the Court should not confirm this plan.

B. **Lack of Feasibility**

The Debtor does not have sufficient income to meet his plan requirements as can be seen in a simple review of his Schedule "I" and looking at the proposed plan. Further, the Debtor does not budget for taxes and upkeep of the alleged rental property in their scheudle "J".

Until the Debtor can come before this Court with more information or income to properly fund a plan, the Court should not confirm this plan. It does not have a reasonable likelihood of success.

WHEREFORE, Secured Creditor asks that this Court deny confirmaiton and dismiss this case.

DATED this 4th day of January, 2010

WILDE & ASSOCIATES

By /s/ Michael Kelh

**GREGORY L. WILDE, ESQ.**
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

## Certificate of Facsimile

I certify that on January 4, 2010, I served a copy of the foregoing opposition on Debtors' Counsel by facsimile as follows:

Jorge L. Sanchez, Esq.
Sanchez Law Group, Ltd.
Fax No. (702) 537-2800

_____